IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:17CR395 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| ROY DWAYNE BLACK, | ) | |
| | ) | |
| Defendant. | ) | PRELIMINARY ORDER OF FORFEITURE |

1. On October 11, 2017, a federal grand jury sitting in this district returned a one count Indictment against Roy Dwayne Black, charging him with a violation of 18 U.S.C. § 922(g)(1).

2. The Indictment further sought forfeiture pursuant to 18 U.S.C. § 924(d)(1) [as incorporated by 28 U.S.C. 2461(c)], of any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a. Heritage, model Rough Rider, 22 caliber revolver, serial number 169736, and accompanying ammunition.

3. On March 6, 2018, Roy Dwayne Black, in open court, plead guilty to the charge contained in the Indictment agreed to the forfeiture of the following property:

    a. Heritage, model Rough Rider, 22 caliber revolver, serial number 169736, and accompanying ammunition.

4. By virtue of the foregoing the United States is entitled to possession of the subject property, pursuant to 18 U.S.C. § 924(d)(1).

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The United States is hereby authorized to seize the following property, and it is hereby forfeited to the United States for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n):

    a. Heritage, model Rough Rider, 22 caliber revolver, serial number 169736, and accompanying ammunition.

2. The above forfeited property is to be held by the United States in its secure custody and control.

3. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish, on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order, notice of the intent of the United States to dispose of the forfeited property in such manner as the Attorney General may direct, and notice that any person, other than defendant Roy Dwayne Black, having or claiming a legal interest in the forfeited property, must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of any actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the forfeited property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the forfeited subject property, as a substitute for published notice as to those persons so notified.

4. Upon adjudication of any and all third party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

IT IS SO ORDERED this  18th  day of  June  , 2018

/s/ James G. Carr
JAMES G. CARR
UNITED STATES DISTRICT JUDGE